UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

In re NYSE SPECIALISTS SECURITIES
LITIGATION,

                                                           03 Civ. 8264 (RWS)

This Document Relates to:          O R D E R

    ALL ACTIONS

------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/29/09
```

Sweet, D.J.,

        The Specialist Defendants' motion for an order staying deposition discovery will be heard at noon on Wednesday, October 21, 2009, in courtroom 18C. All motion papers shall be served in accordance with the parties' stipulation.

        It is so ordered.

New York, NY
September 29, 2009

                                                    ROBERT W. SWEET
                                                       U.S.D.J.